**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6607**

_____

RONALD WAYNE LEWIS,

              Plaintiff - Appellant,

         v.

CHARLES  DEMON  LEWIS,  Attorney  at  Law;  KEVIN  MICHAEL  SCHORK,
Attorney at Law; PAUL G. GILL, Federal Public Defender's Office,

              Defendants - Appellees.

_____

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Richmond.    James  R.  Spencer,  Chief
District Judge.  (3:10-cv-00569-JRS)

_____

Submitted:  December 15, 2011      Decided:  December 19, 2011

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronald Wayne Lewis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Wayne Lewis seeks to appeal the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2011). The magistrate judge recommended that relief be denied and advised Lewis that failure to file timely specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Lewis has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2